**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-02236-JLK

KENNETH P. ANDERSON,

       Plaintiff,

v.

OPPENHEIMERFUNDS, INC.,
a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

       Defendants.

### MINUTE ORDER GRANTING UNOPPOSED MOTION FOR STAY

Judge John L. Kane ORDERS

    Defendants' Unopposed Motion For Stay (Doc. 6) is **GRANTED**. This matter is stayed through and including Friday April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

Dated February 14, 2012.